IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| VISUAL TELECOMMUNICATIONS NETWORK, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ARMAN DAIE, ) <br> ) <br> Defendant/Counter-Plaintiff. ) | Civil Action No. 1:08CV 1188 |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW James F. Davis, Esquire, and the law firm of Greenspun, Shapiro, Davis & Leary, P.C., counsel for Arman Daie, the Defendant/Counter-Plaintiff herein, and moves this Court entry of an Order granting leave of Court to James F. Davis, Esquire, and the law firm of Greenspun, Shapiro, Davis & Leary, P.C., to withdraw as counsel for the Defendant/Counter-Plaintiff, Arman Daie, and in support thereof states as follows:

1. Arman Daie cannot fulfill his obligations to the law firm of Greenspun, Shapiro, Davis & Leary, P.C.

2. As a result, relations between counsel and client have been strained to the point where counsel can no longer act as an efficient or effective advocate for Mr. Daie in this case.

3. Further, the continued representation of Mr. Daie by James F. Davis, Esquire, and the law firm of Greenspun, Shapiro, Davis & Leary, P.C., constitutes a financial hardship upon the firm.

GREENSPUN SHAPIRO
DAVIS & LEARY p.c.

4. Opposing counsel has previously indicated that it does not oppose the motion to withdraw as counsel.

5. Upon entry of an Order permitting James F. Davis, Esquire, and the law firm of Greenspun, Shapiro, Davis & Leary, P.C., to withdraw as counsel for Mr. Daie, all future pleadings and correspondence to Mr. Daie should be mailed first class, postage prepaid to Arman Daie, 1360 N. Crescent Heights Blvd., Apt 2A, Los Angeles, CA 90046.

Respectfully Submitted,<br>James F. Davis

GREENSPUN, SHAPIRO, DAVIS & LEARY, P.C.

BY: \_\_\_\_\_/s/_____
James F. Davis
Va. State Bar # 41387
Counsel for the Defendant
Greenspun, Shapiro, Davis & Leary, P.C.
3955 Chain Bridge Road
Second Floor
Fairfax, Virginia 22030
(703) 352-0100
(703) 591-7268 (fax)
jfd@greenspunlaw.com

Dated: April 2, 2009

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of April 2009, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

J. Chapman Petersen, Esquire
SUROVELL MARKLE ISAACS & LEVY PLC
4010 University Drive
Second Floor
Fairfax, VA 22030
jpetersen@smillaw.com

BY: _____/s/_____
James F. Davis
VSB # 41387
Counsel for the Defendants
Greenspun, Shapiro, Davis & Leary, P.C.
3955 Chain Bridge Road
Second Floor
Fairfax, Virginia 22030
(703) 352-0100
(703) 591-7268 (fax)
jfd@greenspunlaw.com